# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund</u>

Debtor: __Ricky Dean Fradet & Charlotte Lynn Fradet__

Chapter 7 Case No. __10-60753__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL  61702 | 8 | $141.60 | $3.43 |
| GE Money Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | 12 | $196.85 | $4.76 |

Date: May 11, 2011

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757